IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**WILLIE J. STARR**　　　　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**
**ADC # 109194**

v.　　　　　　　　　　Case No. 4:25-CV-01012-JM

**LONELL SEAMSTER**　　　　　　　　　　　　　　　　　　　　　　　　**DEFENDANT**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

DATED this 7th day of January, 2026.

_____
UNITED STATES DISTRICT JUDGE